AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Amanda White<br><br>*Defendant(s)* | )<br>)<br>)<br>) Case No. 2:25-MJ-30<br>)<br>)<br>) |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 2 1 2025
CLERK, U.S. DISTRICT COURT
By_____ Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **February 20, 2025** in the county of **Potter** in the **Northern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii) | Possession with Intent to Distribute 500 Grams or More of Methamphetamine |

This criminal complaint is based on these facts:

see attached affidavit in support of complaint.

☑ Continued on the attached sheet.

*Complainant's signature*

Shea Lichtie, FBI TFO
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: 2/21/25

*Judge's signature*

City and state: Amarillo, Texas

Lee Ann Reno, U.S. Magistrate Judge
*Printed name and title*

## Affidavit in Support of Complaint
## Cause Number 2:25-MJ-30

I, Shea Lichtie, being duly sworn under oath, do hereby depose and state:

1. I am a Task Force Officer with the FBI, and I have been so employed since 2022. I have been employed as a Police Officer with the City of Amarillo since 2008. As part of my duties as a Task Force Officer I investigate criminal violations related to narcotics trafficking and illegal drug smuggling. I have been involved in countless investigations of illegal contraband and have specialized training and knowledge in investigating the illicit smuggling, transportation, and trafficking of narcotics in violation of Title 21, United States Code, Section 841 (a)(1). I have specialized training and knowledge in investigating the illicit proceeds of narcotic smuggling and trafficking in violation of Title 18, United States Code, Section 1956(a)(1).

2. On February 20, 2025, at approximately 10:30 a.m. members of the Amarillo Police Department P.A.C.E. Unit established physical surveillance of 106 N.E. 11th Street #B, Amarillo, Texas after receiving information that the residents were engaged in the distribution of narcotics. Cpl. Jonathan Kinnison and Cpl. Anthony Kennedy observed a white 2023, Chevrolet Malibu parked in the driveway displaying Washington State registration. The vehicle was found to be registered to a rental company.

3. At approximately 11:50 a.m. surveillance observed the driver of the Malibu leave the residence on N.E. 11th, the driver and sole occupant was later identified as

Amanda WHITE. When WHITE left the residence, she traveled south on N. Taylor Street and came to a stop at a red light located at Amarillo Blvd. East. Amarillo Police Department Ofc. Randy Mincher observed that WHITE stopped beyond the designated point and was stopped across the lines of the crosswalk in violation of Texas Traffic Code.

4. At approximately 12:00 p.m. Cpl. Kinnison and Cpl. Kennedy conducted a traffic stop with WHITE stopping in approximately the 700 block of Interstate 40 West, Amarillo, Texas. WHITE was placed under arrest for the traffic violation of stopping beyond a designated point into the crosswalk. After WHITE was placed under arrest, she made an unsolicited statement that she had methamphetamine inside of the vehicle. During a probable cause search of the vehicle Cpl. Kinnison located a glass pipe he recognized from training and experience as being utilized in the smoking of methamphetamine in the front passenger's seat. Ofc. Kinnison found the pipe contained an off-white crystalline substance Cpl. Kinnison recognized from training and experience to be methamphetamine.

5. During a further search of the vehicle Cpl. Kinnison recognized that portions of the interior of the vehicle had appeared to have been dismantled with missing screws. Cpl. Kinnison found an undetermined amount of U.S. Currency hidden within a natural void within the center console of the vehicle.

6. WHITE was transported to the Amarillo Police Department to be interviewed by Ofc. Mincher and Cpl. Kennedy. WHITE waived her rights and agreed to speak with law enforcement. WHITE admitted she was from Arizona and was in

Amarillo, Texas for the purpose of transporting methamphetamine that was delivered to 106 N.E. 11th Avenue, where officers had observed WHITE leaving prior to her being stopped. WHITE admitted that approximately six bundles of what WHITE believed to be methamphetamine were unloaded from natural voids within the rental vehicle and taken into the residence on N.E. 11th Avenue. WHITE further admitted the undetermined amount of U.S. Currency located within the rental vehicle was payment for the methamphetamine that WHITE was transporting back to Arizona.

7. On the same date members of the Amarillo Police Department obtained and executed a search warrant at 106 N.E. 11th Avenue. During a search of the residence officers located two firearms, over three pounds of off-white crystalline substance that field tested positive for the presence of methamphetamine, 142.5 gg of a white powder that field tested positive for the presence of cocaine, and approximately 10 gg of a rocklike substance that field tested positive for cocaine. This amount of methamphetamine is consistent with distribution opposed to possession for personal use. Some of the methamphetamine that was located inside of the residence were still in bundles that matched a description of the bundles that was described by WHITE. WHITE was booked into the Randall County Detention Center for federal drug charges.

8. Based upon the foregoing, there is probable cause to believe that Amanda WHITE did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of Methamphetamine,

a Schedule II controlled substance in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

*Shea Lichtie*
Shea Lichtie
Task Force Officer
Federal Bureau of Investigation

Attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 on the 21st day of February, 2025.

*Lee Ann Reno*
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE

*Anna Marie Bell*
Anna Marie Bell
Assistant United States Attorney