IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

v.  NO. 2:25-CR-020-Z (01)

AMANDA LOUISE WHITE (01)

## FACTUAL RESUME

In support of Amanda Louise White's plea of guilty to the offense in Count Two of the Indictment, White, the defendant, Eric Coats, the defendant's attorney, and the United States of America (the government) stipulate and agree to the following:

## ELEMENTS OF THE OFFENSE

To prove the offense alleged in Count Two of the Indictment, charging a violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii), that is, Possession with Intent to Distribute 500 Grams or More of Methamphetamine, the government must prove each of the following elements beyond a reasonable doubt:[1]

*First.*   That the defendant knowingly possessed a controlled substance;

*Second.*  That the substance was in fact methamphetamine;

*Third.*   That the defendant possessed the substance with the intent to distribute it; and

*Fourth.*  That the quantity of the substance was at least 500 grams or more of methamphetamine.

To "possess with intent to distribute" simply means to possess with intent to deliver or transfer possession of a controlled substance to another person, with or without

---

[1] Fifth Circuit Pattern Jury Instruction 2.95A (5th Cir. 2024).

Amanda Louise White
Factual Resume—Page 1

any financial interest in the transaction.

## STIPULATED FACTS

1. On or about February 20, 2025, in the Amarillo Division of the Northern District of Texas, the Southern District of Texas, and elsewhere, Amanda Louise White, defendant, did knowingly or intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

2. On February 20, 2025, Amarillo Police Department officers received information that narcotics were being sold out of a residence located at 106 N.W. 11th Street #B, Amarillo, Texas. While conducting surveillance of the residence officers observed a white Chevrolet Malibu park in the driveway. The vehicle was owned by a rental company and had Washington plates.

3. A short time later, the vehicle left the residence. An officer observed the vehicle stop across the lines of a crosswalk at an intersection, which is a violation of the Texas Transportation Code. Officers conducted a traffic stop of the vehicle for the violation. Amanda Louise White was identified as the driver of the vehicle. Prior to questioning, White told officers that she had methamphetamine inside the rental vehicle.

4. Officers conducted a probable cause search of the vehicle. During the search, an officer located a pipe with suspected methamphetamine. An officer observed evidence that the vehicle's interior had been tampered with. The officer discovered a

large amount of U.S. currency hidden in a natural void within the center console of the vehicle.

5. Upon concluding the search, White was transported to the Amarillo Police Department for an interview. An officer read White her *Miranda* warnings. White waived her rights and agreed to make a statement. During the interview, White admitted that she traveled from Arizona to deliver packages of methamphetamine to the residence on 11th Avenue. White stated that she dropped off six bundles of methamphetamine that day. White admitted that she was taking the money found in her vehicle back to Arizona, and that it was payment for the methamphetamine.

6. On that same day, officers executed a search warrant at the 11th Avenue residence. During a search of the residence, officers located three of the six packages of methamphetamine that White had delivered to the residence. The gross weight of the packages was over three pounds.

7. The suspected methamphetamine seized from the residence was sent to the DEA South Central Laboratory. The DEA Laboratory confirmed that the substance was, in fact, methamphetamine, a Schedule II controlled substance. The substance had a total net weight of 868.5 grams and a purity level of approximately 100 percent.

8. White admits that she knowingly possessed with intent to distribute 500 grams or more of a controlled substance, namely methamphetamine, a Schedule II controlled substance.

9. The defendant agrees that the defendant committed all the essential elements of the offense. This factual resume is not intended to be a complete accounting

of all the facts and events related to the offense charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count Two of the Indictment.

AGREED TO AND STIPULATED on this 11th day of ___July___, 2025.

CHAD E. MEACHAM
ACTING UNITED STATES ATTORNEY

_____
Amanda Louise White
Defendant

_____
Eric Coats
Attorney for Defendant

_____
ANNA MARIE BELL
Assistant United States Attorney
New Mexico State Bar Number 12501
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Tel: 806-324-2356
Fax: 806-324-2399
Email: anna.bell@usdoj.gov